AO 91 (Rev. 08/09) Criminal Complaint							AUSA Norris

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>MARTIN ANTONIO PAREDES-ZAMORANO<br>aka WILFREDO D.J. VEGA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:20-mj-08<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 16, 2019__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2) | Being an alien, that is, a citizen of Mexico and not a citizen of the United States, who was ordered deported and removed from the United States on or about May 20, 2014, following a conviction of 18 U.S.C. § 922(g)(5)(A) and 924(a)(2), Illegal Alien in Possession of Firearm, an Aggravated Felony, in the U.S. District Court for the District of Wyoming, was found on December 16, 2019 in Columbus, Ohio, without, prior to his re-entry and at a place outside the United States, obtaining the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of section 8 U.S.C. § 1326(a) & (b)(2). |

This criminal complaint is based on these facts:
See attached affidavit, which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan C. Hawkins, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-8-20

_____
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF: <br><br> MARTIN ANTONIO PAREDES-ZAMORANO <br> aka WILFREDO D.J. VEGA | ) ) ) ) ) ) ) Case No. |

### AFFIDAVIT OF BRYAN C. HAWKINS
### IN SUPPORT OF CRIMINAL COMPLAINT

I, United States (U.S.) Immigration and Customs Enforcement (ICE) Deportation Officer, Bryan C. Hawkins, being first duly sworn, depose, and state as follows:

1. I am a Deportation Officer with the U.S. Immigration and Customs Enforcement (ICE), and I have been so employed for more than seven years. I am assigned to the Office of Enforcement and Removals located in Columbus, Ohio. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Basic Immigration Officer Course at the Federal Law Enforcement Training Center (FLETC) located in Glynco, Georgia.

2. While investigating Martin Antonio PAREDES-Zamorano, I have learned the following facts, as detailed herein.

3. Martin Antonio PAREDES-Zamorano is a citizen of Mexico and is not a citizen of the United States.

4. On or about November 4, 2013, PAREDES-Zamorano was convicted of violating 18 U.S.C. § 922(g)(5)(A) and 924(a)(2), Illegal Alien in Possession of Firearm, in the United States District Court for the District of Wyoming. For this conviction, PAREDES-Zamorano was sentenced to ten months' imprisonment in the custody of the United States Bureau of Prisons.

5. On or about April 18, 2014, PAREDES-Zamorano was ordered removed to Mexico by the Deciding Service Officer in Big Spring, Texas, pursuant to Section 238(b) of the Immigration and Nationality Act.

6. On or about April 22, 2014, ICE arrested Martin Antonio PAREDES-Zamorano at the Dalby Correctional Facility in Post, Texas, after completion of his criminal sentence. ICE served PAREDES-Zamorano Form I-851A, Final Administrative Removal Order.

7. On or about May 20, 2014, PAREDES-Zamorano was physically removed, pursuant to the Deciding Service Officer's removal order, from the United States via Del Rio, Texas. On or about that date, PAREDES-Zamorano surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), which he signed. PAREDES-Zamorano's departure was witnessed and Form I-205 was signed by an Immigration Officer.

8. On or about December 16, 2019, the Ohio State Highway Patrol (OSHP) arrested PAREDES-Zamorano in Columbus, Ohio and submitted his fingerprints to the Law Enforcement Support Center (LESC) in Williston, Vermont. The LESC queried PAREDES-Zamorano's fingerprints in immigration databases and confirmed PAREDES-Zamorano's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE Columbus, Ohio, notifying ICE Columbus that PAREDES-Zamorano is residing in the United States without lawful status and that PAREDES-Zamorano has not been granted permission from the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to reenter the United States.

The above facts establish probable cause that Martin Antonio PAREDES-Zamorano committed a violation of 8 U.S.C. §§ 1326(a) and (b)(2) because he is an alien who: (1) subsequent to sustaining a conviction for the commission of an aggravated felony offense has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary for the United States Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

_____
Bryan C. Hawkins
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 8 day of January 2020.

_____
Hon. Chelsey M. Vascura
United States Magistrate Judge

2